# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Padma Kotamraju,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | Case No. 10-3085-CV-S-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On Friday, January 21, 2011, the Court held oral argument on the *Plaintiff's Social Security Brief*, filed June 17, 2010 [Doc. 8] and the *Brief For Defendant*, filed September 29, 2010 [Doc 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                 */s/ John T. Maughmer*
                                                 **JOHN T. MAUGHMER**
                                                 **U. S. MAGISTRATE JUDGE**